# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA



| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| vs. | Docket Number: CR 05-00687-1 JL |
| **Eric Pringle** | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for     March 28, 2006     be continued until     May 2, 2006     at     9:30 a.m.     .

Date: March 16, 2006

Elizabeth D. Laporte
United States Magistrate Judge

NDC-PSR-009 12/06/04