BARRY J. PORTMAN
Federal Public Defender
GEOFFREY A. HANSEN
Assistant Federal Public Defender
19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant PRINGLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-687 EDL |
| )  Plaintiff, ) | [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| vs. ) | |
| ERIC PRINGLE, ) | |
| )  Defendant. ) | |
| _____ ) | |

Sentencing in the above-entitled case is currently scheduled for Tuesday, May 2, 2006. Counsel for Mr. Pringle will be unavailable on that date, and has moved the Court to continue sentencing. Mr. Pringle is out of custody and the government has no objection to continuing the hearing.

//
//
//
//
//
//

ORDER                                                            1

1      Therefore, for good cause shown sentencing shall be continued from Tuesday, May 2, to

2   Tuesday, May 9, 2006 at 9:30 am.

3

4   **IT IS SO STIPULATED**.

5   Dated: April 14, 2006      /s/_____
                                                   DEREK OWENS

6                                                    Assistant United States Attorney

7

8   Dated: April 14, 2006      /s/_____
                                                   GEOFFREY A. HANSEN

9                                                    Chief Assistant Federal Public Defender

10   **IT IS SO ORDERED.**

11   Dated:    April 28, 2006                      _____

12                                             ELIZABETH D. LAPORTE
                                            United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER                                               2